EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br><br> Antonio R. Blanes Delgado | 2012 TSPR 138 <br><br> 186 DPR ____ |

Número del Caso: TS-7938

Fecha: 6 de septiembre de 2012

Abogado de la Parte Peticionaria:

       Por derecho propio

Materia: Reinstalación al Ejercicio de la Abogacía

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Antonio R. Blanes Delgado                TS-7938


RESOLUCIÓN

San Juan, Puerto Rico, a 11 de septiembre de 2012.

Examinada la *Solicitud de Reinstalación,* se reinstala al Lcdo. Antonio R. Blanes Delgado al ejercicio de la abogacía.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. La Juez Asociada señora Rodríguez Rodríguez no intervino.


Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo